# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 31, 2006

129952(30)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID STEINER,
      Defendant-Appellant.

SC: 129952
COA: 263217
Saginaw CC: 00-018564-FH

_____/

On order of the Court, the motion for reconsideration of this Court's order of May 24, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH and KELLY, JJ., would grant the motion for reconsideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 31, 2006

Clerk

p0724